IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| ASHLEY WILLIAMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO. 1:22-cv-01385 |
| LITTLE STAR CENTER, INC | ) |
| | ) |
| Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq. and Section 1981.

**PARTIES**

2. Plaintiff is African American woman and at all relevant times she resided in the Southern District of Indiana.

3. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

**FACTS**

4. Plaintiff began working for the Defendant in March 2020.

5. Plaintiff performed her job well.

6. In November 2021, Plaintiff requested FMLA.

7. Defendant approved Plaintiff's request for FMLA and Plaintiff's leave was to be from February 14, 2022 to May 9, 2022.

8. On February 14, 2022, Plaintiff began taking her leave.

9. While Plaintiff was on leave her manager informed her that he could not complete her work because it was too much work.

10. While Plaintiff was on leave, Defendant hired two Caucasian women to perform Plaintiff's job.

11. Plaintiff returned to work on May 5, 2022.

12. When Plaintiff returned to work she was told that she was being suspended.

13. Defendant informed Plaintiff that she was being suspended for falsification of documentation, improper use of authority, not following procedure for credentialing, not turning in equipment during leave of absence and sending PHI to her personal email account.

14. Defendant's reason for suspension were either not true or other individuals had engaged in similar or worst behavior, however, they were not terminated.

15. On May 9, 2022, Plaintiff was terminated for allegedly sending PHI to her personal email account.

16. However, similarly situated Caucasian and individuals that did not request leave engaged in similar or worst conduct, however, they were not terminated.

17. Plaintiff was terminated due to her race.

18. Plaintiff was terminated due to engaging in protected activity.

**COUNT I**

19. Plaintiff incorporates by reference paragraphs 1-18.

20. Defendant, as a result of terminating Plaintiff due to her race in violation of Section 1981.

## COUNT II

21. Plaintiff incorporates by reference paragraphs 1-18.

22. Defendant, as a result of interfering with Plaintiff's FMLA rights, violated Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.

## COUNT III

23. Plaintiff incorporates by reference paragraphs 1 -18.

24. Defendant, as a result of retaliating against Plaintiff, violated Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

   A. Award Plaintiff back pay and benefits lost;

   B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

   C. Award Plaintiff punitive damages;

   D. Award Plaintiff liquidated damages;

   E. Award Plaintiff his cost in this action and reasonable attorney fees;

   F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

          s//Amber K. Boyd
          Amber K. Boyd 31235-49
          Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

          Respectfully Submitted

          s//Amber K. Boyd
          Amber K. Boyd 31235-49
          Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416